Christopher H. GORDON, Plaintiff—Appellant,

and

Brewer K. Thompson, Plaintiff,

v.

Kyle L. DONIFF; Edward Primoff; Slocum & Boddie PC; Aliareza Aliaskari; Daria Land Group LLC; Robert H. Hillman; Magazine & Hillman PC; Shea Hickman, Tenants; Suzanne Gordon, Tenants; Richard Frank Boddie, Defendants—Appellees.

No. 09–2185.

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 24, 2010.

Christopher H. Gordon, Appellant Pro Se. Richard Frank Boddie, Slocum & Boddie, PC, Springfield, Virginia; Robert H. Hillman, Magazine & Hillman, PC, Rockville, Maryland, for Appellees; Suzanne Gordon, Appellee Pro Se.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher H. Gordon appeals the district court's order dismissing his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gordon v. Doniff,* No. 8:08–cv–02802–RWT (D.Md. Sept. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*